**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO.:  17-CV-60210-DIMITROULEAS/SELTZER**

AUTOMOTIVE FINANCE CORPORATION,
an Indiana corporation,

        Plaintiff,

vs.

EURO MOTOR SPORT, INC., a Florida
corporation; AGAPE 925 WEST BROWARD
BLVD., LLC, a Florida limited liability
company; WESTBROOK LEASING, LLC, a
Florida limited liability company; TURN PRO,
LLC, a Florida limited liability company; and
GENE MORALES, an individual,

        Defendants.

_____/

**AMENDED FINAL JUDGMENT AND INJUNCTION**

Pursuant to the Report and Recommendation of the Magistrate Judge dated March 7,

2018 [DE 181], it is hereby **ORDERED AND ADJUDGED THAT:**

1.    Judgment is granted in favor of Plaintiff, AUTOMOTIVE FINANCE

CORPORATION, and against Defendants, EURO MOTOR SPORT, INC., AGAPE 925 WEST

BROWARD BLVD., LLC, WESTBROOK LEASING, LLC, TURN PRO, LLC, and

GENE MORALES, jointly and severally, on Count II-Constructive Fraud, in the amount of

$5,418,102.22 as of November 2, 2017,  with interest continuing to accrue at the *per diem* rate of

$904.10 after November 2, 2017, through the date of judgment, and less any amounts received

by Plaintiff, AUTOMOTIVE FINANCE CORPORATION, from Defendants, EURO MOTOR

SPORT, INC., AGAPE 925 WEST BROWARD BLVD., LLC, WESTBROOK LEASING, LLC,

TURN PRO, LLC, and GENE MORALES, after November 2, 2017, to the date of judgment

entry, plus interest from the date of judgment to the date of satisfaction, and plus additional

collection costs, attorneys' fees, and enforcement expenses incurred by Plaintiff,

AUTOMOTIVE FINANCE CORPORATION, from the date of judgment to the date of

satisfaction, all for which let execution issue forthwith; and

      2.    Judgment is granted in favor of Plaintiff, AUTOMOTIVE FINANCE

CORPORATION, on Count IX-Injunctive Relief and against Defendants,  EURO MOTOR

SPORT, INC., AGAPE 925 WEST BROWARD BLVD., LLC, WESTBROOK LEASING, LLC,

TURN PRO, LLC, and GENE MORALES, their agents, servants, employees, and any other

person(s) acting under, in concert with, or for them, each of whom are hereby enjoined from

dissipating, concealing, selling, transferring, pledging, consigning, hypothecating, granting a

security interest in, or otherwise disposing of any vehicle inventory, and from ill-treating,

damaging, destroying, or misusing Plaintiff,

AUTOMOTIVE FINANCE CORPORATION's collateral, including but not limited to, all

vehicle inventory and any proceeds from the sale of vehicle inventory.

The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending

motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 6th day of March, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Seltzer
Counsel of record